AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

HORACE C. HOUSTON,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:11-cv-00438-ECR-WGC**

E.K. McDANIELS, et al.,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the respondents' motion to dismiss (Dkt. No. 7) is GRANTED.
    **FURTHER ORDERED AND ADJUDGED** that the petition (Dkt. No. 4) is DISMISSED IN ITS ENTIRETY.

    January 5, 2012                 **LANCE S. WILSON**
                                                            Clerk

                                                          /s/ Katie Lynn Ogden
                                                            Deputy Clerk